```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
 UNITED STATES OF AMERICA       :
                                :    21-cr-88(JSR)
          -v-                   :
                                :    ORDER
 CELVIN FREEMAN,                :
                                :
          Defendant.            :
------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated on the record at the bail appeal hearing on February 19, 2021, see Tr. (to be docketed), Celvin Freeman is committed to the custody of the United States Marshals Service pending trial.

SO ORDERED.

Dated: New York, NY
       February 22, 2021

_____
United States District Judge