```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :       21-cr-88(JSR)
                                        :
CELVIN FREEMAN,                         :       ORDER
                                        :
                Defendant.              :
--------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    This case was originally scheduled for trial starting on November 15, 2021. Applying current COVID-19 protocols, however, the Ad Hoc Committee of the Southern District of New York determined the case could only be tried starting on November 22, 2021. In a telephone conference held earlier today, it became clear that that date was not possible for two of the counsel involved. However, it was agreed by all counsel that the trial date would be moved to the next available trial date for the Court, which is March 7, 2022.[1] Assuming pandemic restrictions are no longer in place and that the approval of the Ad Hoc Committee is not required, this date is firm and fixed and trial will take place in Courtroom 14B of the Daniel Patrick Moynihan

---

[1] Counsel for defendant Asante, Robert Bryan, Esq. unilaterally and without explanation to the Court left the telephone conference before the new trial date was set. If Mr. Bryan has any problem with that new date, he must place a joint call, with the Government, to chambers by no later than 5:00 p.m. today.

United States Courthouse. By separate order, the Court excludes time until then pursuant to the Speedy Trial Act.

SO ORDERED.

Dated:  New York, NY
        Aug 27, 2021

_____
JED S. RAKOFF, U.S.D.J.