UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA                :

   - against -                                  :       21 Cr. 00088 (JSR)

CELVIN FREEMAN,                          :
                                                 **ORDER**
         Defendant.           :

------------------------------------------------------------ x

      IT APPEARING THAT **CELVIN FREEMAN**, the defendant in the instant action, will be on trial in the above-captioned case beginning Monday, March 21, 2022, and

      IT FURTHER APPEARING that the defendant is incarcerated at the Essex County Correctional Facility and has no family or other persons who are able to deliver to Essex County Correctional Facility clothing for him to wear at trial, it is hereby

      ORDERED, that the United States Marshals in attendance upon CELVIN FREEMAN, while he is in custody at the United States Courthouse, permit his lawyer to deliver to the Marshals' Office on the 4th floor of 500 Pearl Street, New York, New York, clothing appropriate for trial in this matter, and it is further

      ORDERED, that the defendant be permitted to change into the provided clothing before being brought up to the courtroom each day that the trial takes place.

Dated: March 16, 2022
       New York, New York

                                              SO ORDERED:

                                              HON. JED S. RAKOFF, USDJ