UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>CELVIN FREEMAN,<br><br>            Defendant. | 21-cr-88-3 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Defendant Celvin Freeman has moved for a sentence reduction under 18 U.S.C. § 3582(c)(2) because of the recent Amendment 821 to the Federal Sentencing Guidelines. See ECF Nos. 145-47. The Government agrees that Freeman qualifies for a sentence reduction on that basis. See ECF No. 151. The Court agrees as well. But before the Court determines by how much, if any, to reduce Freeman's sentence, the Court further agrees with the Government that Freeman's victims have the right to be heard. Accordingly, the Government must notify victims that, should they wish to be heard about a potential sentence reduction, they may provide written submissions to the Court by April 29, 2024. The Government should collect any such submissions and send them by email to the Court.

    SO ORDERED.

New York, NY
April 15, 2024

                                       JED S. RAKOFF, U.S.D.J

1